VENABLE LLP
Matthew M. Gurvitz (SBN 272895)
 MGurvitz@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

VENABLE LLP
Caroline D. Murray (SBN 301754)
 CDMurray@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:   (415) 653-3750
Facsimile:    (415) 653-3755

Attorneys for Defendant
MOTEL 6 OPERATING L.P.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA TYHURST,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MOTEL 6 OPERATING L.P.; and DOES 1-100,<br><br>　　　　　Defendants. | CASE NO. 2:19-CV-00576-JAM-EFB<br><br>Hon. John A. Mendez<br>Courtroom 6<br><br>**THIRD STIPULATION OF THE PARTIES TO A MODIFIED CASE SCHEDULING ORDER**<br><br>Action Filed:　　January 16, 2019<br>Removal Date:　April 3, 2019<br>Trial Date:　　　June 21, 2021 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE BE ADVISED that Plaintiff Rosa Tyhurst and Defendant Motel 6 Operating L.P. (collectively, the "Parties"), by and through their counsel of record, stipulate as follows:

WHEREAS, after meet and confer, the Parties mutually scheduled Plaintiff Rosa Tyhurst for deposition to take place on March 24, 2020, sufficiently in advance of the expert designation deadline to provide necessary evidence to experts;

WHEREAS, On March 13, 2020, President Donald J. Trump proclaimed a national emergency due to the global outbreak of COVID-19, a novel coronavirus, under the U.S. Constitution, sections 201 and 301 of the National Emergencies Act (50 U.S.C. 1601 *et seq.*), and consistent with section 1135 of the Social Security Act (SSA), as amended (42 U.S.C. 1320b-5);

WHEREAS, on March 19, 2020, and March 27, 2020, the California Governor, Gavin Newsom, issued a Stay-At-Home Order and subsequent orders to date, to thwart the spread of COVID19 through California residents engaging in "social distancing" and to refrain from the assembly of groups, interpreted to be as small as two or more individuals, and has identified most businesses, workers and professionals, as "nonessential;"

WHEREAS, Courts, businesses, and borders were shut down or have been operating on a limited or restricted basis due to the COVID-19 pandemic, and stay-at-home orders and prohibitions on group gatherings have been in effect for the State of California;

WHEREAS, given the Coronavirus (COVID-19) pandemic and consequent shelter orders and restrictions, to ensure the safety and well-being of Rosa Tyhurst and counsel for the Parties, the Parties mutually agreed to reschedule the deposition from March 24, 2020 to a date to be determined;

**VENABLE LLP**
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

WHEREAS, on April 28, 2020, the Parties stipulated for the first time, to continue this personal injury matter for trial on March 15, 2021, with expert disclosures due on August 7, 2020 and with a fact discovery deadline of October 9, 2020, while Covid-19 issues in California were undetermined;

WHEREAS, on May 6, 2020, Venable LLP substituted in as counsel for Defendant Motel 6 Operating L.P.;

WHEREAS, Defendant has served subpoenas for Plaintiff's medical records from her medical providers.  This subpoena procedure has been delayed due to Covid-19 disruptions;

WHEREAS, on July 6, 2020, the Parties stipulated for the second time, to continue this personal injury matter for trial on June 21, 2021, with expert disclosures due on November 6, 2020 and with a fact discovery deadline of January 31, 2021 in light of continued pandemic-related delays in conducting discovery;

WHEREAS, the aforementioned pandemic impacted and continues to impact the Parties' ability to obtain evidence necessary for meaningful expert disclosures including, but not limited to, subpoenaed records from Plaintiff's medical providers;

WHEREAS, plaintiff is a Hospice nurse.  Plaintiff has yet to be deposed by defendant's replacement counsel.   The parties hope to obtain Plaintiff's deposition in **November 2020**.  The parties now submit this third stipulation and proposed order for an amended scheduling order;

WHEREAS, after meet and confer, the Parties have agreed in good faith to extend the expert disclosures deadline from November 6, 2020, to **January 22, 2021** and the fact discovery deadline from January 31, 2021 to **April 30, 2021** to permit the Parties to obtain necessary evidence in light of the global pandemic;

WHEREAS, this Stipulation is not made for any improper purpose or to cause unnecessary delay;

WHEREAS, the parties submit this joint-stipulation and proposed order pursuant to Local Rules and The Eastern District's General Orders No.'s 610-614;

The Parties therefore agree and stipulate as follows:

1. That the deadline for the exchange of expert information shall be extended to **January 22, 2021** and any supplemental or rebuttal reports shall be due by **February 5, 2021;**

2. That the deadline to conduct fact discovery be extended to **April 30, 2021;**

3. That the deadline to file dispositive motions be extended to **May 21, 2021;**

4. That the deadline to hear dispositive motions be extended to **June 22, 2021;**

5. That the Joint Pretrial Statement is due **July 29, 2021;**

6. That the Final Pretrial Conference set for May 14, 2021 be continued to **August 6, 2021 at 10:00 a.m., in Courtroom 6;**

7. That the Jury Trial set for June 21, 2021 be continued to **September 20, 2021 at 9:00 a.m., in Courtroom 6.**

8. That the Court issue any other order that the Court deems just and proper.

IT IS SO STIPULATED.


Dated:  September 29, 2020                    VENABLE, LLP


                                              By:   */s/* Caroline D. Murray
                                                    Matthew M. Gurvitz
                                                    Caroline D. Murray

                                                    *Attorneys for Defendant*
                                                    MOTEL 6 OPERATING L.P

1  Dated:  September 29, 2020           LAW OFFICES OF GENE J. GOLDSMAN

2

3                                      By:    */s/* Evan Andrew Blair (as authorized on
4                                              9/29/20)
                                               Gene J. Goldsman
5                                              Evan Andrew Blair

6                                              *Attorneys for Plaintiff*
                                               ROSA TYHURST

ORDER

After reviewing the Stipulation of the Parties, and good cause appearing therefrom, the Court makes the following order to modify the case scheduling:

1. That the deadline for the exchange of expert information shall be extended to January 22, 2021 and any supplemental or rebuttal reports shall be due by February 5, 2021.

2. That the deadline to conduct fact discovery be extended to April 30, 2021.

3. That the deadline to file dispositive motions be extended to May 21, 2021.

4. That the deadline to hear dispositive motions be extended to June 23, 2021.

5. That the Final Pretrial Conference set for May 14, 2021 be continued to August 6, 2021 at 11:00 a.m., in Courtroom 6. Joint Pretrial Statement is due July 29, 2021.

6. That the Jury Trial set for June 21, 2021 be continued to September 20, 2021 at 9:00 a.m., in Courtroom 6.

7. That the Court issue any other order that the Court deems just and proper.

IT IS SO ORDERED.

DATED: September 30, 2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE