VENABLE LLP
Matthew M. Gurvitz (SBN 272895)
 MGurvitz@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

VENABLE LLP
Caroline D. Murray (SBN 301754)
 CDMurray@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:   (415) 653-3750
Facsimile:    (415) 653-3755

Attorneys for Defendant
MOTEL 6 OPERATING L.P.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA TYHURST,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MOTEL 6 OPERATING L.P.; and DOES 1-100,<br><br>　　　　　Defendants. | CASE NO. 2:19-CV-00576-JAM-EFB<br><br>Hon. John A. Mendez<br>Courtroom 6<br><br>**FOURTH STIPULATION OF THE PARTIES TO A MODIFIED CASE SCHEDULING ORDER**<br><br>Action Filed:      January 16, 2019<br>Removal Date:   April 3, 2019<br>Trial Date:         September 20, 2021 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE BE ADVISED that Plaintiff Rosa Tyhurst and Defendant Motel 6 Operating L.P. (collectively, the "Parties"), by and through their counsel of record, stipulate as follows:

WHEREAS, after meet and confer, the Parties mutually scheduled Plaintiff Rosa Tyhurst for deposition to take place on March 24, 2020, sufficiently in advance of the expert designation deadline to provide necessary evidence to experts;

WHEREAS, On March 13, 2020, President Donald J. Trump proclaimed a national emergency due to the global outbreak of COVID-19, a novel coronavirus, under the U.S. Constitution, sections 201 and 301 of the National Emergencies Act (50 U.S.C. 1601 *et seq.*), and consistent with section 1135 of the Social Security Act (SSA), as amended (42 U.S.C. 1320b-5);

WHEREAS, on March 19, 2020, and March 27, 2020, the California Governor, Gavin Newsom, issued a Stay-At-Home Order and subsequent orders to date, to thwart the spread of COVID19 through California residents engaging in "social distancing" and to refrain from the assembly of groups, interpreted to be as small as two or more individuals, and has identified most businesses, workers and professionals, as "nonessential;"

WHEREAS, Courts, businesses, and borders were shut down or have been operating on a limited or restricted basis due to the COVID-19 pandemic, and stay-at-home orders and prohibitions on group gatherings have been in effect for the State of California;

WHEREAS, given the Coronavirus (COVID-19) pandemic and consequent shelter orders and restrictions, to ensure the safety and well-being of Rosa Tyhurst and counsel for the Parties, the Parties mutually agreed to reschedule the deposition from March 24, 2020 to a date to be determined;

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

WHEREAS, on April 28, 2020, the Parties stipulated for the first time, to continue this personal injury matter for trial on March 15, 2021, with expert disclosures due on August 7, 2020 and with a fact discovery deadline of October 9, 2020, while Covid-19 issues in California were undetermined;

WHEREAS, on May 6, 2020, Venable LLP substituted in as counsel for Defendant Motel 6 Operating L.P.;

WHEREAS, Defendant has served subpoenas for Plaintiff's medical records from her medical providers. This subpoena procedure has been delayed due to Covid-19 disruptions;

WHEREAS, on July 6, 2020, the Parties stipulated for the second time, to continue this personal injury matter for trial to June 21, 2021, with expert disclosures due on November 6, 2020 and with a fact discovery deadline of January 31, 2021 in light of continued pandemic-related delays in conducting discovery;

WHEREAS, on September 29, 2020, the Parties stipulated for the third time, to continue this personal injury matter for trial to September 15, 2021, with expert disclosures due on January 22, 2020 and with a fact discovery deadline of April 30, 2021 in light of continued pandemic-related delays in conducting discovery;

WHEREAS, on or about November 2020, the global pandemic entered a "second wave" in the United States with Covid-19 cases spiking beyond those numbers during the Spring and Summer of 2020. New statewide stay-at-home orders and other harsh private restrictions and public services restrictions have been implemented in recent weeks by Governor Gavin Newsom and other California law makers. The global pandemic continues to frustrate discovery.

WHEREAS, the aforementioned pandemic impacted and continues to impact the Parties' ability to obtain evidence necessary for meaningful expert disclosures including, but not limited to, subpoenaed records from Plaintiff's medical providers and depositions of the parties;

WHEREAS, plaintiff is a Hospice nurse.  Plaintiff was finally deposed by videoconference on or about **December 2, 2020**.  More discovery must be conducted.   Plaintiff intends to depose numerous Defendant Motel 6 employees, including Motel 6's Custodian of Records with document production at deposition, and Person(s) Most Qualified.  Those deposition notices are being drafted by Plaintiff at this time.  These deposition notices were delayed by a Covid-19 outbreak in Plaintiff counsel's building which impacted the handling attorney, who was not set up remotely since the initial March 2020 Covid-19 pandemic society-wide restrictions and shut-down.

WHEREAS, Defendant depositions are in the process of being scheduled;

WHEREAS, the parties now submit this fourth stipulation and proposed order for an amended scheduling order;

WHEREAS, after meet and confer, the Parties have agreed in good faith to extend the expert disclosures deadline from January 22, 2021, to **June 28, 2021** to permit the Parties to obtain necessary evidence in light of the global pandemic;

WHEREAS, this Stipulation is not made for any improper purpose or to cause unnecessary delay;

WHEREAS, the parties submit this joint-stipulation and proposed order pursuant to Local Rules and The Eastern District's General Orders No.'s 610-614;

The Parties therefore agree and stipulate as follows:

1. That the deadline for the exchange of expert information shall be extended to **June 28, 2021** and any supplemental or rebuttal reports shall be due by **July 13, 2021;**

2. That the Court issue any other order that the Court deems just and proper.

IT IS SO STIPULATED.

Dated:  December 15, 2020              VENABLE, LLP


                                       By:    */s/* Caroline D. Murray
                                              Matthew M. Gurvitz
                                              Caroline D. Murray

                                              *Attorneys for Defendant*
                                              MOTEL 6 OPERATING L.P


Dated:  December 15, 2020              LAW OFFICES OF GENE J. GOLDSMAN


                                       By:    */s/* Evan Andrew Blair
                                               (as authorized on 12/15/2020)
                                              Gene J. Goldsman
                                              Evan Andrew Blair

                                              *Attorneys for Plaintiff*
                                              ROSA TYHURST

# ORDER

After reviewing the Stipulation of the Parties, and good cause appearing therefrom, the Court makes the following order to modify the case scheduling:

1. That the deadline for the exchange of expert information shall be extended from its present date of January 22, 2021, to **June 28, 2021** and any supplemental or rebuttal reports shall be due by **July 13, 2021;**

2. That the Court issue any other order that the Court deems just and proper.

IT IS SO ORDERED.

DATED: December 16, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE