VENABLE LLP
Shannon E. Beamer (SBN 331289)
  SEBeamer@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

VENABLE LLP
Caroline D. Murray (SBN 301754)
  CDMurray@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:  (415) 653-3750
Facsimile:   (415) 653-3755

Attorneys for Defendant
MOTEL 6 OPERATING L.P.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA TYHURST,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MOTEL 6 OPERATING L.P.; and DOES 1-100,<br><br>　　　　　Defendants. | CASE NO. 2:19-CV-00576-JAM-EFB<br><br>Hon. John A. Mendez<br>Courtroom 6<br><br>**FIFTH STIPULATION OF THE PARTIES TO A MODIFIED CASE SCHEDULING ORDER**<br><br>Action Filed:   January 16, 2019<br>Removal Date: April 3, 2019<br>Trial Date:      TBD |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE BE ADVISED that Plaintiff Rosa Tyhurst and Defendant Motel 6 Operating L.P. (collectively, the "Parties"), by and through their counsel of record, stipulate as follows:

WHEREAS, after meet and confer, the Parties mutually scheduled Plaintiff Rosa Tyhurst for deposition to take place on March 24, 2020, sufficiently in advance of the expert designation deadline to provide necessary evidence to experts;

WHEREAS, On March 13, 2020, President Donald J. Trump proclaimed a national emergency due to the global outbreak of COVID-19, a novel coronavirus, under the U.S. Constitution, sections 201 and 301 of the National Emergencies Act (50 U.S.C. 1601 *et seq.*)*,* and consistent with section 1135 of the Social Security Act (SSA), as amended (42 U.S.C. 1320b-5);

WHEREAS, on March 19, 2020, and March 27, 2020, the California Governor, Gavin Newsom, issued a Stay-At-Home Order and subsequent orders to date, to thwart the spread of COVID19 through California residents engaging in "social distancing" and to refrain from the assembly of groups, interpreted to be as small as two or more individuals, and has identified most businesses, workers and professionals, as "nonessential;"

WHEREAS, Courts, businesses, and borders were shut down or have been operating on a limited or restricted basis due to the COVID-19 pandemic, and stay-at-home orders and prohibitions on group gatherings have been in effect for the State of California;

WHEREAS, given the Coronavirus (COVID-19) pandemic and consequent shelter orders and restrictions, to ensure the safety and well-being of Rosa Tyhurst and counsel for the Parties, the Parties mutually agreed to reschedule the deposition from March 24, 2020 to a date to be determined;

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

WHEREAS, on April 28, 2020, the Parties stipulated for the first time, to continue this personal injury matter for trial on March 15, 2021, with expert disclosures due on August 7, 2020 and with a fact discovery deadline of October 9, 2020, while Covid-19 issues in California were undetermined;

WHEREAS, on May 6, 2020, Venable LLP substituted in as counsel for Defendant Motel 6 Operating L.P.;

WHEREAS, Defendant has served subpoenas for Plaintiff's medical records from her medical providers.  This subpoena procedure has been delayed due to Covid-19 disruptions;

WHEREAS, on July 6, 2020, the Parties stipulated for the second time, to continue this personal injury matter for trial to June 21, 2021, with expert disclosures due on November 6, 2020 and with a fact discovery deadline of January 31, 2021 in light of continued pandemic-related delays in conducting discovery;

WHEREAS, on September 29, 2020, the Parties stipulated for the third time, to continue this personal injury matter for trial to September 15, 2021, with expert disclosures due on January 22, 2020 and with a fact discovery deadline of April 30, 2021 in light of continued pandemic-related delays in conducting discovery;

WHEREAS, the aforementioned pandemic impacted and continues to impact the Parties' ability to obtain evidence necessary for meaningful expert disclosures including, but not limited to, subpoenaed records from Plaintiff's medical providers and depositions of the parties;

WHEREAS, on December 15, 2020, the Parties stipulated for the fourth time, to continue the expert disclosure deadline to June 28, 2021;

WHEREAS, on December 17, 2020, the Court vacated all dates and deadlines in this matter with the exception of the June 28, 2021 expert disclosure deadline and the July 13, 2021 deadline to serve any supplemental and rebuttal reports;

WHEREAS, plaintiff is a Hospice nurse. Plaintiff was finally deposed by videoconference on or about **December 2, 2020**;

WHEREAS, more discovery is in the process of being conducted including, but not limited to, document production in response to Plaintiff's Notice of Deposition of Motel 6's Custodian of Records, served on December 24, 2020 and which was the subject of the Parties' discovery conference with Magistrate Judge Jeremy D. Peterson on February 2, 2021, depositions of Defendant, and depositions of Plaintiff's medical providers;

WHEREAS, Plaintiff intends on noticing the depositions of Defendant's employees/agents in late April and May 2021 following Defendant's production of documents pursuant to Plaintiff's Notice of Deposition of Motel 6's Custodian of Records;

WHEREAS, the parties now submit this fifth stipulation and proposed order for an amended scheduling order;

WHEREAS, after meet and confer, the Parties have agreed in good faith to extend the expert disclosures deadline from June 28, 2021 to October 6, 2021 and to set the fact discovery cutoff in this case to November 6, 2021 to permit the Parties to obtain necessary evidence;

WHEREAS, the Parties have agreed to set trial in this case on or around December 6, 2021 or on a date as soon thereafter which is convenient to the Court;

WHEREAS, this Stipulation is not made for any improper purpose or to cause unnecessary delay;

WHEREAS, the parties submit this joint-stipulation and proposed order pursuant to Local Rules and The Eastern District's General Orders No.'s 610-614;

The Parties therefore agree and stipulate as follows:

1.  That the deadline for the exchange of expert information shall be extended to **October 6, 2021** and any supplemental or rebuttal reports shall be due by **October 20, 2021;**

2. That the fact discovery cutoff in this case be set for November 6, 2021

3. That the trial date in this case be set on or around December 6, 2021 or on a date as soon thereafter which is convenient to the Court.

4. That the Court modify or add any additional schedule dates it sees fit and make any other order that the Court deems just and proper.

IT IS SO STIPULATED.

Dated: April 6, 2021                    VENABLE, LLP


                                        By:  /s/ Caroline D. Murray
                                             Shannon E. Beamer
                                             Caroline D. Murray

                                             *Attorneys for Defendant*
                                             MOTEL 6 OPERATING L.P


Dated: April 6, 2021                    LAW OFFICES OF GENE J. GOLDSMAN


                                        By:  /s/ Evan Andrew Blair
                                             (as authorized on 4/6/2021)
                                             Gene J. Goldsman
                                             Evan Andrew Blair

                                             *Attorneys for Plaintiff*
                                             ROSA TYHURST

# ORDER

After reviewing the Stipulation of the Parties, and good cause appearing therefrom, the Court makes the following order to modify the case schedule:

1. That the deadline for the exchange of expert information shall be extended to **October 6, 2021** and any supplemental or rebuttal reports shall be due by **October 20, 2021;**

2. That the fact discovery cutoff in this case be set for **November 6, 2021.**

3. That dispositive motions be filed no later than **December 17, 2021** and that such motions be noticed for hearing on **January 26, 2022 at 1:30 PM.**

4. That the pretrial conference in this case be set on **March 18, 2022 at 10:00 AM.**

3. That the trial date in this case be set on **May 2, 2022 at 9:00 AM.**

4. That the Court issue any other order that the Court deems just and proper.

IT IS SO ORDERED.

Dated:  April 7, 2021            /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE