VENABLE LLP
Shannon E. Beamer (SBN 331289)
  SEBeamer@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

VENABLE LLP
Caroline D. Murray (SBN 301754)
  CDMurray@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:   (415) 653-3750
Facsimile:    (415) 653-3755

Attorneys for Defendant
MOTEL 6 OPERATING L.P.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA TYHURST,<br><br>                    Plaintiff,<br><br>        v.<br><br>MOTEL 6 OPERATING L.P.; and DOES 1-100,<br><br>                    Defendants. | CASE NO. 2:19-CV-00576-JAM-EFB<br><br>Hon. John A. Mendez<br>Courtroom 6<br><br>**AMENDED SIXTH STIPULATION OF THE PARTIES TO A MODIFIED CASE SCHEDULING ORDER**<br><br>Action Filed:    January 16, 2019<br>Removal Date:  April 3, 2019<br>Trial Date:      TBD |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE BE ADVISED that Plaintiff Rosa Tyhurst and Defendant Motel 6 Operating L.P. (collectively, the "Parties"), by and through their counsel of record, stipulate as follows:

WHEREAS, the expert disclosure deadline in this case is October 6, 2021;

WHEREAS, more discovery is in the process of being conducted including, but not limited to, depositions of Defendant and depositions of Plaintiff's medical providers;

WHEREAS, the Parties are additionally actively engaging in settlement discussions;

WHEREAS, the Parties now submit this sixth stipulation and proposed order for an amended scheduling order;

WHEREAS, after meet and confer, the Parties have agreed in good faith to extend the expert disclosures deadline from October 6, 2021 to January 12, 2022 and to set the fact discovery cutoff in this case to February 12, 2022 to allow the parties to continue settlement discussions and permit the Parties to obtain necessary evidence if need be;

WHEREAS, the Parties have agreed to set trial in this case on or around August 8, 2022 or on a date as soon thereafter which is convenient to the Court;

WHEREAS, this Stipulation is not made for any improper purpose or to cause unnecessary delay;

WHEREAS, the parties submit this joint-stipulation and proposed order pursuant to Local Rules and The Eastern District's General Orders No.'s 610-614;

The Parties therefore agree and stipulate as follows:

1. That the deadline for the exchange of expert information shall be extended to **January 12, 2022** and any supplemental or rebuttal reports shall be due by **January 26, 2022.**

2. That the fact discovery cutoff in this case be set for **February 12, 2022**.

3. That the trial date in this case be set on or around **August 8, 2022** or on a date as soon thereafter which is convenient to the Court.

4. That the Court modify or add any additional schedule dates it sees fit and make any other order that the Court deems just and proper.

IT IS SO STIPULATED.

Dated: September 28, 2021    VENABLE LLP

By:    /s/ Caroline D. Murray
       Shannon E. Beamer
       Caroline D. Murray

       *Attorneys for Defendant*
       MOTEL 6 OPERATING L.P

Dated: September 28, 2021    LAW OFFICES OF GENE J. GOLDSMAN

By:    /s/ Ali Hosseini
       (as authorized on September 28, 2021)
       Gene J. Goldsman
       Ali Hosseini

       *Attorneys for Plaintiff*
       ROSA TYHURST

# ORDER

After reviewing the Stipulation of the Parties, and good cause appearing therefrom, the Court makes the following order to modify the case schedule:

1. The deadline for the exchange of expert information shall be extended to **January 12, 2022** and any supplemental or rebuttal reports shall be due by **January 26, 2022.**

2. The fact discovery cutoff in this case shall be set for **February 12, 2022.**

3. The joint mid-litigation statement is due **fourteen (14) days prior to the close of discovery**.

4. The dispositive motion filing deadline shall be set for **March 25, 2022** and the dispositive motion hearing shall be set for **May 3, 2022** at 1:30 P.M.

6. The trial date in this case shall be set on **August 8, 2022** and the final pretrial conference shall be set for **June 24, 2022** at 11:00 A.M.

7. That the Court issue any other order that the Court deems just and proper.

IT IS SO ORDERED.

Dated:  September 29, 2021        /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE